RECEIVED
BY MAIL

SEP 15 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

GERARDO SANCHEZ-ACUNA,

        Petitioner,

v.

        Criminal Case No. 0:25-cv-02734-JMB-JFD

WARDEN, FCI SANDSTONE,

        Respondent.

---

**PETITIONER GERARDO SANCHEZ-ACUNA'S MOTION TO VACATE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)**

---

Petitioner Gerardo Sanchez-Acuna respectfully moves the Court pursuant to Federal Rule of Civil Procedure 60(b) to vacate his notice of voluntary dismissal dated September 3, 2025 and order the government to supplement its response to Sanchez-Acuna's 28 U.S.C. §2241 petition in light of the evidence attached to this motion. In support of this motion, Sanchez-Acuna states as follows:

1.    In this 28 U.S.C. §2241 proceeding, Sanchez-Acuna is challenging the Federal Bureau of Prisons' determination that Sanchez-Acuna is ineligible to earn and apply First Step Act time credits.

2.    The government responded to Sanchez-Acuna's petition with a copy of a permanent order of deportation that was entered against Sanchez-Acuna and a request for the Court to dismiss Sanchez-Acuna's 28 U.S.C. §2241 petition with prejudice without an evidentiary hearing.

3.    Sanchez-Acuna sought and obtained an extension of time to respond to the government's request in light of uncertainties arising from his immigration status in light of a pending U-Visa application.

SCANNED
SEP 15 2025
U.S. DISTRICT COURT ST. PAUL

4.      On September 3, 2025, the Clerk of Court docketed Sanchez-Acuna's notice of voluntary dismissal without prejudice that Sanchez-Acuna mailed days earlier to allow him additional time to investigate the issue without continuing to burden the Court's docket. Dkt. 11.

5.      On that same day, Sanchez-Acuna signed a Reentry Plan generated by the Federal Bureau of Prisons. *See* Exhibit A. In addition to Sanchez-Acuna, the signatories to the Reentry Plan included Sanchez-Acuna's case manager and the chairperson. Ex. A at 4.

6.      In a field labeled "FSA Comments," the Reentry Plan stated: "[Sanchez-Acuna] is eligible for FSA Federal Time Credits (FTC's)...." Ex. A at 1.

7.      In light of the Federal Bureau of Prisons' concession that Sanchez-Acuna is "eligible for FSA Time Credits," Sanchez-Acuna believes that the Court should enter judgment in Sanchez-Acuna's favor.

8.      For all of these reasons, the Court should vacate Sanchez-Acuna's notice of voluntary dismissal, order the government to file any response it may have to this new evidence and enter judgment in Sanchez-Acuna's favor.

Respectfully submitted,

Dated: September 11, 2025

Gerardo Sanchez-Acuna
53946-510—J Unit
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072

2