**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gerardo Sanchez-Acuna,

Petitioner,

v.

Sherburne County Sheriff, *et al.,*

Respondents.

Civil No. 26-cv-1577 (MJD/LIB)

**ORDER**

On April 28, 2026, the Federal Respondents filed Status Report and Request for Extension [Docket No. 12], as well as, a Declaration in support [Docket No. 13]. The Respondents request a one (1) week extension of time to respond to the petition, as counsel has been informed by U.S. Immigration and Customs Enforcement that the Petitioner is scheduled for repatriation on or about Friday, May 1, 2026, and removal from the United States would likely cause this habeas case to become moot.   Based upon review of the files and for good cause shown, **IT IS HEREBY ORDERED** that:

1.      The Federal Respondents' request is **GRANTED**.

2.      The Federal Respondents shall have until May 5, 2026, to respond to the petition.


DATED:  April 29, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE