UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GERARDO SANCHEZ-ACUNA,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI SANDSTONE,<br>Respondent. | Case No. 25-CV-2734 (JMB/JFD) |

## DECLARATION OF JAIME FOGT

I, Jaime Fogt, do hereby declare and state as follows:

1. I am currently employed by the Federal Bureau of Prisons (BOP) of the United States Department of Justice, as a Case Management Coordinator at the Federal Correctional Institution in Sandstone, Minnesota (FCI Sandstone). I began working for the BOP in April of 2006 and became a Case Management Coordinator in January of 2018. I have access to BOP files maintained in the ordinary course of business related to inmates incarcerated within the BOP.

2. I understand Sanchez-Acuna is alleging he completed his term of commitment on May 22, 2025, after his Admission/Release Status (ARS) was changed and reflected in a Progress Report.

3. On May 22, 2025, Sanchez-Acuna was taken by staff to a local hospital for a medical appointment. When he left, staff used a BOP database, SENTRY, to reflect that he was not at FCI Sandstone. See Inmate History as of 10-28-2025, for Gerardo Sanchez-Acuna, Register No. 53946-510, a true and correct copy of which is attached as Exhibit A to this declaration.

4. Sanchez-Acuna returned to the institution on the same day and was keyed back into the facility using SENTRY to reflect his return. Id.

5. The ARS Assignment reflected in the Progress Report from September 2, 2025, shows only that Sanchez-Acuna left the institution and arrived back. The ARS Assignment portion of the Progress Report does not reflect that Sanchez-Acuna completed his current term of commitment. See Progress Report as of 09-02-2025, for Gerardo Sanchez-Acuna, Register No. 53946-510, a true and correct copy of which is attached as Exhibit B to this declaration.

6. Within the ARS Assignments section of the Progress Report from September 2, 2025, The "A-DES" assignment for "US District Court Commitment" from October 23, 2024, until May 22, 2025, gives the reason for his designation to FCI Sandstone and the duration leading up to when he left the institution. When he left the institution, that specific designation was stopped until his return to FCI Sandstone. Id at 2.

7. The "A-DES" assignment for "Other Authorized Absence Return" beginning on May 22, 2025, reflects his return and the category of his return to FCI Sandstone from his medical appointment at a local hospital. See id at 2. The current designation reflects that he returned to his current commitment at FCI Sandstone on May 22, 2025. Ex. A at 1.

8. Sanchez-Acuna's projected release date remains January 22, 2026, via Good Conduct Time release as reflected in his Progress Report from September 2, 2025. Ex. B at 1.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed this 28th day of October 2025.

_____
Jaime Fogt
Case Management Coordinator
Federal Correctional Institution
Sandstone, Minnesota