```
TOMOR            *         PUBLIC INFORMATION         *      10-28-2025
PAGE 001         *             INMATE DATA            *      08:07:29
                           AS OF 10-28-2025

REGNO..: 53946-510 NAME: SANCHEZ-ACUNA, GERARDO

                   RESP OF: SST
                   PHONE..: 320-245-2262    FAX: 320-245-0385
                                            RACE/SEX...: WHITE / MALE
                                            AGE:   44
PROJ REL MT: GOOD CONDUCT TIME RELEASE       PAR ELIG DT: N/A
PROJ REL DT: 01-22-2026                      PAR HEAR DT:




G0002         MORE PAGES TO FOLLOW . . .
```

GOVERNMENT EXHIBIT

**A**

25-cv-2734 (JMB/JFD)

```
 TOMOR          *         PUBLIC INFORMATION          *    10-28-2025
 PAGE 002       *            INMATE DATA              *    08:07:29
                          AS OF 10-28-2025

REGNO..: 53946-510 NAME: SANCHEZ-ACUNA, GERARDO

                    RESP OF: SST
                    PHONE..: 320-245-2262   FAX: 320-245-0385
FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 10-06-2025

THE INMATE IS PROJECTED FOR RELEASE: 01-22-2026 VIA GCT REL

---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: MINNESOTA
DOCKET NUMBER...................: 0:22-CR-00335-DWF-DJ
JUDGE...........................: FRANK
DATE SENTENCED/PROBATION IMPOSED: 01-08-2024
DATE COMMITTED..................: 10-23-2024
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00



-------------------------CURRENT OBLIGATION NO: 010 --------------------------
 OFFENSE CODE....:  383     21:841 SCH II NON-NARCOTIC

 OFF/CHG: 21:841(A)(1), 841(B)(1)(A) DISTRIBUTION OF A CONTROLLED
          SUBSTANCE

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     36 MONTHS
  TERM OF SUPERVISION............:      3 YEARS
  DATE OF OFFENSE................: 06-03-2021




 G0002       MORE PAGES TO FOLLOW . . .
```

```
 TOMOR            *         PUBLIC INFORMATION         *      10-28-2025
PAGE 003          *            INMATE DATA             *      08:07:29
                             AS OF 10-28-2025

REGNO..: 53946-510 NAME: SANCHEZ-ACUNA, GERARDO

                   RESP OF: SST
                   PHONE..: 320-245-2262    FAX: 320-245-0385

-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-04-2025 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-04-2025 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-08-2024
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-03-2021

JAIL CREDIT.....................:    FROM DATE     THRU DATE
                                     04-12-2023    04-18-2023
                                     06-28-2023    09-12-2023
                                     09-26-2023    01-07-2024

TOTAL PRIOR CREDIT TIME.........: 188
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 162
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 01-22-2026
ELDERLY OFFENDER TWO THIRDS DATE: 07-03-2025
EXPIRATION FULL TERM DATE.......: 07-03-2026
TIME SERVED.....................:     2 YEARS      3 MONTHS    25 DAYS
PERCENTAGE OF FULL TERM SERVED..:  77.3
PERCENT OF STATUTORY TERM SERVED:  90.7




















G0002        MORE PAGES TO FOLLOW . . .
```

```
TOMOR             *          PUBLIC INFORMATION           *      10-28-2025
PAGE 004 OF 004  *              INMATE DATA               *      08:07:29
                             AS OF 10-28-2025

REGNO..: 53946-510 NAME: SANCHEZ-ACUNA, GERARDO

                     RESP OF: SST
                     PHONE..: 320-245-2262    FAX: 320-245-0385

PROJECTED SATISFACTION DATE.....: 01-22-2026
PROJECTED SATISFACTION METHOD...: GCT REL




S0055        NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```