

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
USPC Pre-Release Report for inmate: SANCHEZ-ACUNA, GERARDO   53946-510

SEQUENCE: 00549521
Report Date: 09-02-2025



| | | | |
|---|---|---|---|
| Facility: | SST SANDSTONE FCI | Custody Level: | IN |
| Name: | SANCHEZ-ACUNA, | Security Level: | LOW |
| Register No.: | 53946-510 | Proj. Rel Date: | 01-22-2026 |
| Quarters: | J02-014U | Release Method: | GOOD |
| Age: | 44 | DNA Status: | PREBOP TST / 01-30-2024 |
| Date of Birth: | | | |

### Contact Information

**Release contact & address**

- ICE , OTHER
1 Federal Drive Suite 1601 , Fort Snelling , MN
55111 US
Phone (Work) : 612-843-8600

### Offenses and Sentences Imposed

| Charge | Terms In Effect | Terms of Supervision |
|---|---|---|
| 21:841(A)(1), 841(B)(1)(A) DISTRIBUTION OF A CONTROLLED SUBSTANCE | 36 MONTHS | 3 YEARS |

Date Sentence Computation Began:   01-08-2024
Sentencing District:   MINNESOTA

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /   0 /   0 | 108 | Years: 2  Months: 2  Days: 8 | + 188   JC  - 0   InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | A076890116; CITIZEN OF MEXICO; FINAL DEPORTATION ORDER |

### Program Plans

Inmate Sanchez-Acuna arrived at SST on October 23, 2024, as a new commitment.  Unit Team encouraged that he obtains a work assignment as soon as possible and receive good work evaluations from his work detail supervisor, that he establishes and maintain a good rapport with other inmates and staff, maintain community ties, obtain and maintain good unit sanitation and personal hygiene, and that he maintains clear conduct

### Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 10-27-2024 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 07-29-2025 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 07-29-2025 |
| N-COGNTV N | NEED - COGNITIONS NO | 07-29-2025 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 10-31-2024 |
| N-EDUC N | NEED - EDUCATION NO | 07-29-2025 |
| N-FIN PV Y | NEED - FINANCE/POVERTY YES | 07-29-2025 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 07-29-2025 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 07-29-2025 |
| N-MEDICL N | NEED - MEDICAL NO | 07-29-2025 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 07-29-2025 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 07-29-2025 |
| N-TRAUMA Y | NEED - TRAUMA YES | 07-29-2025 |
| N-WORK Y | NEED - WORK YES | 07-29-2025 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 07-29-2025 |

**GOVERNMENT EXHIBIT B**
25-cv-2734 (JMB/JFD)

### FSA Comments

He is eligible for FSA Federal Time Credits (FTC's), with a Low Risk Recidivism score. He was reviewed with the following FSA Needs: Work, Trauma, Finance/Poverty. He was encouraged to complete all before his release.

### Current Work Assignments



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
USPC Pre-Release Report for inmate: SANCHEZ-ACUNA, GERARDO  53946-510

SEQUENCE: 00549521
Report Date: 09-02-2025

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| SST | REC WKD AM | RECREATION WEEKEND AM | 06-18-2025 | |

**Work Assignment Summary**

He has gained employable skills in the Recreation Weekend AM work assignment. Prior work assignments are listed above.

**Current Education Information**

| Facl | Assignment | Description | Start | |
|---|---|---|---|---|
| SST | ESL HAS | ENGLISH PROFICIENT | 10-23-2024 | |
| SST | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-23-2024 | |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

NO COURSES

**Education Information Summary**

Resolve Workshop, Beginning Guitar have been completed at SST. He is currently on the waiting list for Non-Resolve Seek, Occupational Education, Money Smart, and VT Auto.

**Discipline Reports**

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Discipline Summary**

He has maintained clear conduct throughout his confinement at SST.

**ARS Assignments**

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| SST | A-DES | OTHER AUTH ABSENCE RETURN | 05-22-2025 | CURRENT |
| SST | A-DES | US DISTRICT COURT COMMITMENT | 10-23-2024 | 05-22-2025 |

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 11-04-2024 |
| ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓ |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-04-2024 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-04-2024 |

**Current PTP Assignments**

| Assignment | Description | Start |
|---|---|---|
| RSW COMP | RESOLVE WORKSHOP COMPLETED | 07-21-2025 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED EXEM | DRUG EDUCATION EXEMPT | 01-31-2025 |
| NR COMP | NRES DRUG TMT/COMPLETE | 05-20-2025 |

**Physical and Mental Health Summary**

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

**FRP Payment Plan**

Most Recent Payment Plan



**Summary Reentry Plan - Progress Report**    SEQUENCE: 00549521
Dept. of Justice / Federal Bureau of Prisons    Report Date: 09-02-2025
USPC Pre-Release Report for inmate: SANCHEZ-ACUNA, GERARDO  53946-510

Most Recent Payment Plan

**FRP Assignment:**     **COMPLT**     **FINANC RESP-COMPLETED**     **Start: 12-11-2024**
Inmate Decision:     **AGREED**     **$100.00**     Frequency: **MONTHLY**
Payments past 6 months:     **$0.00**     Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ***

**Financial Responsibility Summary**

He has no current (FRP) balance due at this time.

**Release Planning**

His Projected Release Date is January 22, 2026, via Good Conduct Time Release. He will release to Immigration and Customs Enforcement (ICE) via Detainer. He has 3 years Supervision upon his release from BOP custody.

**General Comments**

** No notes entered **



**Summary Reentry Plan - Progress Report**
Dept. of Justice / Federal Bureau of Prisons
USPC Pre-Release Report for inmate: SANCHEZ-ACUNA, GERARDO   53946-510

SEQUENCE: 00549521
Report Date: 09-02-2025

Name: SANCHEZ-ACUNA, GERARDO
Register Num: **53946-510**
Age: 44
Date of Birth:
DNA Status: PREBOP TST / 01-30-2024

Inmate (SANCHEZ-ACUNA, GERARDO, Register Num: 53946-510)
Date: 9-3-25

Chairperson
Date: 9/3/25

Case Manager
Date: 9-3-25