**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Gerardo Sanchez-Acuna,                                    File No. 25-CV-2734 (JMB/JFD)

      Petitioner,

v.

                                     **ORDER**

Warden, FCI Sandstone,

      Respondent.

---

This matter is before the Court on Petitioner Gerardo Sanchez-Acuna's application to proceed in forma pauperis in his appeal of this Court's December 29, 2025 Order denying his Petition for Writ of Habeas Corpus (Petition). (Doc. No. 1.) After review of the IFP application, the Court concludes that Sanchez-Acuna financially qualifies for IFP status. Moreover, although the Court is satisfied that Sanchez-Acuna's Petition was dismissed appropriately, Sanchez-Acuna's appeal is not taken in bad faith. *See* 28 U.S.C. § 1915(a)(3). Accordingly, the IFP application will be granted. Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT the application to proceed in forma pauperis on appeal of Petitioner Gerardo Sanchez-Acuna (Doc. No. 28) is GRANTED.

Dated: March 19, 2026                                    /s/ *Jeffrey M. Bryan*
                                                Judge Jeffrey M. Bryan
                                                United States District Court